600

*James W. Morris* and *John MacC. Hudson* for respondent.

No. 281. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* RANDOLPH ET AL., TRUSTEES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. Abraham Lowenhaupt, Stanley S. Waite, F. M. Curlee,* and *Richard S. Doyle* for respondents.

No. 229. UNITED STATES *v.* INDIAN MOTOCYCLE Co. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Mr. J. S. Y. Ivins* for respondent.

No. 230. NEWMAN ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Ralph J. Schwarz* and *Morris B. Redmann* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 233. UNITED STATES EX REL. MANNISTO *v.* REIMER, COMMISSIONER OF IMMIGRATION. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph R. Brodsky* for petitioner. *Solicitor General Reed* and *Messrs. Bart*